AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Alvin Boone, Brandon Hester, Lindsey Quisenberry, Tammy Parkhill, Susan Christner<br>*Plaintiff*<br>v.<br>Illinois Department of Corrections, Illinois Department of Human Services, Illinois Department of Veteran Affairs, Illinois Department of Juvenile Justice, Illinois Department of Central Management Services, Illinois Department of Public Health, Jay R Pritzker<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No. 21-cv-3229 |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   that Plaintiffs Alvin Boone, Brandon Hester, Lindsey Quisenberry, Tammy Parkhill, and Susan Christner's Second Amended Complaint, Counts I and III-V against Defendants Illinois Department of Corrections, Illinois Department of Human Services, Illinois Department of Veterans Affairs, Illinois Department of Juvenile Justice, Illinois Department of Central Management Services, Illinois Department of Public Health and Jay R pritzker is dismissed without prejudice. The Count II Emergency Use Authorization Act claim is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date:   12/17/2024

s/JES

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*